JAN 2 2020 PM 2:25
FILED-USDC-CT NEW HAVEN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

N-19-2

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:20CR 00002 (JAM) |
| v. | VIOLATION: |
| CARLOS BARNES, a.k.a. "Buddha" | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Unlawful Possession of a Firearm by a Convicted Felon) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Unlawful Possession of a Firearm by a Convicted Felon)

1. On or about October 12, 2019, in the District of Connecticut, the defendant CARLOS BARNES, a.k.a. "Buddha," having been, and knowing that he had been, convicted in the Superior Court of the State of Connecticut of a crime punishable by imprisonment exceeding one year, namely: (1) Carrying a Pistol without a Permit, in violation of Conn. Gen. Stat. § 29-35, on or about February 9, 2010; (2) Sale of Illegal Drugs, in violation of Conn. Gen. Stat. § 21a-278, on or about February 9, 2010; and (3) Robbery in the First Degree, in violation of Conn. Gen. Stat. § 53a-134, on or about February 5, 2010, did knowingly possess a firearm in and affecting commerce, that is, one black Taurus Millennium G2 9mm handgun bearing serial number TK040325, and one black and silver Springfield XD-40 .40 caliber handgun with an obliterated serial number, both of which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

2.  Upon conviction of the offense alleged in Count One of this Indictment, the defendant CARLOS BARNES, a.k.a. "Buddha," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to the following: one black Taurus Millennium G2 9mm handgun bearing serial number TK040325; and one black and silver Springfield XD-40 .40 caliber handgun with an obliterated serial number.

All in accordance with Title 18, United States Code, Section 924, Title 28, United States Code Section 2461(c), Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON

UNITED STATES OF AMERICA

LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

MARGARET M. DONOVAN
ASSISTANT UNITED STATES ATTORNEY